[No. 23803-9-II. Division Two. June 23, 2000.]

MARY AMANDA O'DELL, ET. AL, *Respondents*, v. EDWARD GENTRY, ET. AL, *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-2-00740-4, William J. Kamps, J., entered September 18, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 44169-8-I. Division One. June 26, 2000.]

DAVID HOOGERWERF, *Appellant*, v. CELLULAR TECHNICAL SERVICES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-21520-0, J. Kathleen Learned, J., entered January 20, 1999. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Webster and Cox, JJ.

[No. 45016-6-I. Division One. June 26, 2000.]

UNITED COLLECTION SERVICE, INC., *Respondent*, v. LEONARD REICHLIN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-2-03657-5, Larry E. McKeeman, J., entered July 22, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 44671-1-I. Division One. June 26, 2000.]

THE STATE OF WASHINGTON, *Respondent*, *v.* LEA MORAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-09681-7, Norma Smith Huggins, J., entered May 28, 1999. *Reversed* by unpublished per curiam opinion.